UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

O'MEARA, LLC                                    CIVIL ACTION NO.

VERSUS                                          JUDGE:

STOKES &SPIEHLER USA, INC.                      MAGISTRATE:

**COMPLAINT FOR DAMAGES FOR BREACH OF CONTRACT**

The complaint of O'Meara, LLC, a Louisiana Limited Liability Corporation, respectfully represents:

1.

This court has subject matter jurisdiction over this action as the basis of plaintiff's complaint is breach of a maritime contract. Further, venue is proper in the Eastern District as plaintiff is domiciled in this District and the cause of action arose in this District.

2.

Made defendant herein is the following:

(1)  Stokes & Spiehler USA, Inc., a Louisiana corporation domiciled in Lafayette whose agent for service of process is CT Corporation Systems, 3867 Plaza Tower Drive, Baton Rouge, LA 70816.

3.

On or about January 6, 2004, O'Meara, Inc. and Stokes & Spiehler USA, Inc. entered into a Master Service Contract for Consultant Services (the AGREEMENT), copy of which is attached as Exhibit "A". The Agreement specifically provides that "this Agreement and the legal relationship among the parties hereto shall be governed and construed in accordance with the

General Maritime Law of the United States whenever any performance is contemplated in, on or above navigable waters whether onshore or offshore."

4.

O'Meara, LLC is successor in interest to O'Meara, Inc.

5.

From time to time, O'Meara would call upon Stokes & Spiehler to provide consulting services pursuant to the Agreement.

6.

In March and April 2015, O'Meara engaged Stokes & Spiehler to provide consulting services for O'Meara's Well No. 28 in the Lake Fortuna Field in St. Bernard Parish, State Lease No. 2192.

7.

More particularly, Stokes & Spiehler were retained to plan, coordinate and oversee the conversion of Well No. 28 to an alternate salt water disposal well pursuant to a permit obtained by Tina Jumonville of Stokes & Spiehler from the Louisiana Office of Injection and Mining.

8.

Stokes & Spiehler was responsible for coordinating and communicating with the State to ensure that the operation complied with the permit and all other State requirements and regulations.

9.

The plans for the work submitted to the State by Stokes & Spiehler on behalf of O'Meara required that the well be "squeezed" at various points to insure that the disposal occurred at the proper zone.  The plans submitted by Stokes & Spiehler for permitting required squeeze

perforations at 3080-3082 feet, 3170-3172 feet, 3520-3522 feet, 3906-3912 feet and 4590-4592 feet.

10.

Stokes & Spiehler improperly communicated these squeeze perforations to the on-site supervisor of the operations, resulting in multiple squeeze perforations being completed at the incorrect depth.

11.

As a result of this lapse in communication, Stokes & Spiehler's initial efforts to reconfigure the well were rejected by the State because they failed to comply with the permitted plan.

12.

As a result of the State's rejecting Stokes & Spiehler's initial attempt at reconfiguring the well O'Meara was required to bear the considerable expense of reentering the well to correct the erroneous squeeze perforations.

13.

Further, after completing the initial plugging and perforation of the well, Stokes & Spiehler installed an inappropriate well head assembly that failed to comport with standard industry practices for operations in open waters.

14.

O'Meara was required to bear the expense of replacing the unsuited well head assembly with an assembly suited for open waters operation.

15.

Stokes & Spiehler's failures described above represent a breach of the Agreement, under which Stokes & Spiehler agreed to perform all services "in a safe, workmanlike manner, according to good professional practices."

16.

As a direct result of Stokes & Spiehler's failure to perform under the Agreement, O'Meara has incurred expenses totaling $302,290.52 to repair the misplaced squeeze perforations and replace the improper well head assembly.

17.

O'Meara avers amicable demand to no avail.

WHEREFORE, O'Meara LLC prays for judgment herein in its favor and against the defendant in the amount of $302.290.52 plus interest from date of breach and for all general and equitable relief.

/s/DARRYL J. FOSTER
DARRYL J. FOSTER (5734)
STEPHEN C. FORTSON (28352)
JUSTIN C. WARD (35369)
Attorneys for O'Meara, LLC
Bradley Murchison Kelly & Shea LLC
1100 Poydras Street, Suite 2700
New Orleans, LA 70163-2700
Telephone: (504) 596-6300
Fax: (504) 596-6301
Email: dfoster@bradleyfirm.com
       sforton@bradleyfirm.com
       jward@bradleyfirm.com